UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN HARDWICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-1170 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| CINRAM DISTRIBUTION, LLC, | ) | |
| CHRISTIAN KWAZU, ROB DECKER, | ) | |
| AND FAYE OVERALL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 27) is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 24th day of January 2007.

ALETA A. TRAUGER
United States District Judge